In the Matter of RONALD C., Respondent, v SHERRY B., Respondent. ATTORNEY FOR THE CHILDREN, Appellant.

Submitted January 3, 2017; decided April 4, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of the Claim of DOROTA VON MAACK, Appellant, v WYCKOFF HEIGHTS MEDICAL CENTER et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted January 30, 2017; decided April 4, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

WAGNER DAVIS P.C., Respondent, v JAMES BRADY JR., Appellant, et al., Defendants.

Submitted January 23, 2017; decided April 4, 2017

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the order of the Appellate Term (*see* CPLR 5602 [a]).